# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: SUCCESSION OF JACK
JOHNSON, JR.

NO.  2021 CW 0480

**JUNE 21, 2021**

---

In Re:    Alonzina M. Johnson, applying for supervisory writs,
32nd Judicial District Court, Parish of Terrebonne,
No. 24492.

---

**BEFORE:  GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.**  The portion of the trial court's December 14, 2020 judgment which awarded attorneys' fees in the amount of $5,000 to Qiana Wilson Bynum and against Alonzina Johnson is vacated.  It is unclear which provision of law the trial court was relying on to award such attorneys' fees, and no evidence was introduced to support the amount of such award.  We deny the writ in all other respects. Futhermore, we note that a direct action is required to annul a testament.  La. Code Civ. P. art. 2931.  The prescriptive period for an action to annul a testament is five years.  La. Civ. Code art. 3497.

**JMG**
**JMM**
**PMc**

COURT OF APPEAL, FIRST CIRCUIT

Raul Reud
———————————————
  DEPUTY CLERK OF COURT
    FOR THE COURT